PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WA BAR #32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
FRANCO L. BECIA, WA BAR #26823
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114
Fax: (206) 615-2531
Email: Franco.L.Becia@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO)

| | |
|---|---|
| ANTONIO DE JESUS VILLAFANA ALVAREZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 2:23-CV-02140-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT; ~~[PROPOSED]~~ ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) to take any necessary action to complete the administrative record, offer Plaintiff a new hearing, re-evaluate the medical opinions and prior administrative findings, re-evaluate

Plaintiff's RFC, continue through the sequential evaluation process, to include obtaining

vocational evidence, as necessary, and issue a new decision.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C.

§ 405(g), and that Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

The parties further request that the Court direct the Clerk of the Court to enter a final

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

Commissioner.


Respectfully submitted,

Dated: November 27, 2023          /s/ *Jonathan Omar Pena**
                                  (*as authorized via e-mail)
                                  Jonathan Omar Pena
                                  Attorney for Plaintiff

Dated: November 27, 2023          PHILLIP A. TALBERT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Social Security Administration

                          By:     /s/ *Franco L. Becia*
                                  Franco L. Becia
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of

42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social

Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social

Security Act, 42 U.S.C. § 405(g).  The Clerk of Court is directed to enter judgment for plaintiff and close this case.

IT IS SO ORDERED.

Dated:   November 27, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE